**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

FILED
AUG 16  2 19 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

[Seal: UNITED STATES COURT OF APPEALS — FILED AUG 1 0 2004 — Roseann B. MacKechnie, Clerk — SECOND CIRCUIT]

Date:                8/10/04
Docket Number:       03-7343-cv
Short Title:         Bitinas v. Bundesausgleichsamt
DC Docket Number:    02-cv-1571
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Dominic Squatri

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 10th day of August two thousand four.

**ANTANAS VYTAUTAS BITINAS,**

    Plaintiff-Appellant,

v.

**BUNDESAUSGLEICHSAMT, FEDERAL REPUBLIC OF GERMANY, RHINE WESTPHALIA ELEC POWER, MIAG MILL MACHINERY CORP., GERMAN ATLANTIC CABLE CO., CONVERSION OFFICE FOR GERMAN FOREIGN DEBTS, GERMAN EXTERNAL LOAN, GERMAN GOVERNMENT INTERNATIONAL, RUHR GAS CORPORATION,**

    Defendant-Appellees.

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,
Roseann B. MacKechnie, Clerk

By: *[signature]*
Julius D. Crockwell
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

CERTIFIED: 8/10/04